UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| ESTEBAN MURILLO,<br><br>        Petitioner,<br><br>   v.<br><br>UNITED STATES IMMIGRATION, AND CUSTOMS ENFORCEMENT,<br><br>        Respondent. | ) CV 10-00201-RSWL (SH)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and the action is dismissed without prejudice.

DATED: May 9, 2011

RONALD S.W. LEW
_____
RONALD S.W. LEW
SENIOR UNITED STATES DISTRICT JUDGE

1